**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DILON ANDREW DALTON HESS,
Booking #25701006,

Plaintiff,

vs.

SAN DIEGO DISTRICT ATTORNEY, SUMMER STEPHAN, KATIA DAVILA, CHP OCEANSIDE, CHP SAN DIEGO, OCEANSIDE POLICE DEP'T, HOLLYWOOD, MOYER, MORRISON, HUTHMAKER, DALEY, NELSON, C. REARDON, S. REARDON, SMITH, HOLLINS, SHIELDS, HERB WESTON, RICHARD COLMAN,

Defendants.

Case No.: 3:26-cv-1620-JES-LR

**ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FAILURE TO PROSECUTE**

On March 12, 2026, Plaintiff Dilon Andrew Dalton Hess ("Plaintiff") filed this pro se section 1983 action and filed a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1, 2. The Court granted the IFP motion and dismissed the case for failure to state a claim pursuant to screening under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). ECF No. 4. The Court granted Plaintiff sixty days to file a first amended complaint ("FAC"). *Id.* at 12. Plaintiff had until August 22, 2026, to file a FAC. The Court cautioned Plaintiff that if he

failed to timely file a FAC, the Court would enter a final Order dismissing this civil action based both on failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and failure to prosecute in compliance with a court order requiring amendment. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").

As of the date of this Order Plaintiff has not filed a FAC or request an extension of time to file a FAC. Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted and failure to prosecute. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Honorable James E. Simmons Jr.
United States District Judge